612 A.2d 975

**Theresica M. TOBAY, Administratrix of the Estate of Sylvester L. Tobay, Deceased,**

**v.**

**Ronald A. CROSSLAND;  Park Tavern;  Roy's Pub; and the Uniontown Police Department.**

**Petition of UNIONTOWN POLICE DEPARTMENT.**

**Lorie NICKLOW, a minor, by her parents and natural guardians, Robert NICKLOW and Donna Nicklow, and Robert Nicklow and Donna Nicklow, in their own right,**

**v.**

**Ronald CROSSLAND;  Betty England, t/a Park Confectionary, t/a Park Tavern;  Roy Upton, t/a Roy's Pub;  the City of Uniontown, a municipal corporation;  Ronald Machesky;  and David Sisler.**

**Petition of: the CITY OF UNIONTOWN, a municipal corporation, Ronald Machesky and David Sisler.**

Supreme Court of Pennsylvania.

Sept. 10, 1992.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The case is remanded to the Commonwealth Court for reconsideration in accordance with our decision in *Dickens v. Upper Chichester Township*, —— Pa. ——, 611 A.2d 693.